# Exhibit 5

SAXENA WHITE

"A HIGHLY EXPERIENCED GROUP OF LAWYERS WITH NATIONAL REPUTATIONS IN LARGE SECURITIES CLASS ACTIONS…"

*– United States District Court Judge Alan S. Gold*

## FIRM RESUME



2424 North Federal Hwy.
Suite 257
Boca Raton, FL 33431

ph 561.394.3399
fax 561.394.3382

www.saxenawhite.com

FIRM RESUME ▪ LEGAL PROFESSIONALS

### MAYA S. SAXENA

Ms. Saxena, co-founder of the firm, regularly represents institutional investors in shareholder actions involving breaches of fiduciary duty and violations of the federal securities laws. She is a frequent speaker at educational forums involving public pension funds and advises public and multi-employer pension funds on their options for addressing fraud-related losses suffered in their pension portfolios. She currently serves as Chair of the Asset Forfeiture committee of the Badge of Honor Memorial Foundation, seeking to recover forfeited funds for the benefit of families of law enforcement officers slain in the line of duty.

Prior to forming Saxena White P.A., Ms. Saxena was the Managing Partner of the Florida office of one of the nation's largest securities litigation firms, where she successfully directed numerous high profile securities cases. Ms. Saxena gained valuable trial experience before entering private practice, employed as an Assistant Attorney General in Ft. Lauderdale, Florida. As an Assistant Attorney General, Ms. Saxena represented the State of Florida, its agencies

and officers in civil cases at the appellate and trial level, and prepared amicus curiae briefs in support of state policies at issue in state and federal court cases. Ms. Saxena also represented the Florida Highway Patrol and other law enforcement agencies in civil forfeiture trials.

Ms. Saxena has been instrumental in recovering hundreds of millions of dollars for defrauded shareholders including cases against Sirva Inc. ($53.3 million recovery), Helen of Troy ($4.5 million settlement), Sunbeam (settled with Arthur Andersen LLP for $110 million - one of the largest settlements ever with an accounting firm - and a $15 million personal contribution from former CEO Al Dunlap), and many others.

Ms. Saxena graduated from Syracuse University summa cum laude in 1993 with a dual degree in policy studies and economics, and graduated from Pepperdine University School of Law in 1996.

Ms. Saxena is a member of the Florida Bar, and is admitted to practice before the U.S. District Courts for the Southern, Northern and Middle Districts of Florida, as well as the Fifth and Eleventh Circuit Courts of Appeal. Ms. Saxena was recently recognized in the South Florida Business Journal's "Best of the Bar," as one of the top lawyers in South Florida.

### JOSEPH E. WHITE III

Mr. White, co-founder of the firm, has represented shareholders as lead counsel in major securities fraud class actions and merger litigation nationwide. He is currently directing the prosecution of several high profile cases, including cases against Bank of America, Harmony Gold, Aracruz Cellulose S.A., Sadia and other significant financial frauds. Mr. White is also representing lead plaintiffs in other front-page cases, including Lehman Brothers and Washington Mutual.

He has successfully settled cases against numerous publicly traded companies, yielding multi-million dollar settlements, including: *Cent. Laborers' Pension Fund v. Sirva, Inc.,* ($53.3 million plus corporate governance improvements), *In re Catalina Marketing Corp. Securities Litigation* ($8.5 million), *In re Helen of Troy Securities Litigation* ($4.5 million), *In re Advanced Neuromodulation Systems, Inc. Securities Litigation* ($3 million), and *In re Mikohn Gaming Corp. Securities Litigation* ($2.8 million for Section 11 class – a recovery of 63% of the Section 11 damages). Mr. White's efforts also yielded multimillion settlements in actions against: UniCapital Corp., Hamilton Bancorp, Profit Recovery Group, AES Corp., Tropical Sportswear International Corp., and AFC Corp.

Along with advising public and union pension funds on securities law matters, Mr. White has also assisted shareholders in achieving equitable treatment in minority shareholder buy-out actions and derivative actions achieving meaningful corporate governance reform. Mr. White's clients include multi-billion dollar private investment funds, union pension, annuity and welfare funds, as well as municipal and county public pension funds.

Mr. White regularly lectures on topics of interest to pension trustees, including "The Role of Public Pension Funds in Corporate Governance," "The Benefits of Portfolio Monitoring for Public Pension Funds" and "Tools for Assisting Pension Fund Trustees in Monitoring Securities Litigation." Mr. White is an Advisory Board member and educational lecturer for the Florida Public Pension Trustees Association.

Mr. White earned an undergraduate degree in Political Science from Tufts University before obtaining his Juris Doctor from Suffolk University School of Law. Before concentrating his practice in securities fraud, Mr. White represented national insurance companies in pursuit of fraudulent claims from the initial investigations and denial of claims through trial. Mr. White is a member of the bar of the Commonwealth of Massachusetts and the State of Florida, as well as the United States District Courts for the Southern, Middle and Northern Districts of Florida, and the District of Massachusetts. Mr. White is also a member of the United States Circuit Courts of Appeal for the First and Eleventh Circuits.

### CHRISTOPHER S. JONES

Mr. Jones' practice has focused on class action litigation, including securities class actions, consumer class actions, and corporate derivative litigation for nearly 15 years. Before joining Saxena White, P.A. Mr. Jones was a partner at one of the nation's leading class action law firms, and has actively litigated class actions on both the plaintiff and defense sides since 1996.

Some of his recent class action victories, settlements, arguments, and lead and co-lead counsel positions while at Saxena White include: *In re Bank of America Corp. Securities, Derivatives, Employee Retirement Income Sec. Act (ERISA) Litigation*, 2010 WL 3448194 (S.D.N.Y., August 27, 2010) (lead derivative counsel) (defeating motions to dismiss); *West Palm Beach Police Pension Fund v. Collins Capital Low Volatility Performance Fund II, Ltd.*, 2010 WL 2949856 (S.D.Fla., July 26, 2010) (argued) (prosecuting to obtain recovery for class in Madoff fraud); *In re Sadia, S.A. Securities Litigation* --- F.R.D. ----, 2010 WL 2884737 (S.D.N.Y., July 20, 2010) (argued) (certifying class); *Rosky ex rel. Wellcare Health Plans, Inc. v. Farha*, 2009 WL 3853592 (M.D.Fla., 2009). (argued) (defeating multiple motions to dismiss, sweeping corporate governance implemented, and agreement by Company to sue its former executives); *Cent. Laborers' Pension Fund v. Sirva, Inc.*, 2006 U.S. Dist. LEXIS 73375 (N.D. Ill. 2006) (lead counsel) ($53.3 million settlement); *In re Cablevision Systems Options Backdating Litigation*, (Supreme Court of New York, Nassau County, June 2008) (Co-Lead Counsel) (See Options Grant to Dead Exec Leads to $34.4 Million Settlement, Wall Street Journal, June 5, 2008); I*n re Alltel Corp. Shareholders Litigation*, Case No. 07-6406 (Pulaski County, Arkansas) (Co-Lead Counsel) (extensive corporate governance changes implemented); *In re Friedman's, Inc. Securities Litigation*, 2005 WL 2175936 (N.D. Ga. 2005) (defeating motions to dismiss; 4 partial settlements totaling $14.9 million settlement in 2008).

Mr. Jones also has extensive experience prosecuting complex corporate derivative actions. Notably, he was one of the lead counsel in the widely reported case involving FPL Group, Inc. (NYSE:FPL), a large public utility holding company. After nearly three years of intense litigation, which included reported victories on Defendants' motions to dismiss (*Klein v. FPL Group, Inc.*, 2004 U.S. Dist. LEXIS 919, 2004 WL 302292 (S.D. Fla. 2004)), and key discovery motions (Klein v. FPL Group, Inc., 2003 U.S. Dist. LEXIS 19979 (S.D. Fla. 2003)), eight FPL executives, and their insurer, returned $22.25 million in compensation to the company. (See FPL Group to receive $22.25 million settlement in shareholder suit, *Knight-Ridder/Tribune Business News*, August 14, 2004). The settlement was a groundbreaking recovery because it implemented sweeping corporate governance provisions at FPL, and at the time was the largest amount of money ever returned to a public company by members of its management in an executive compensation lawsuit.

Mr. Jones is also the creator and author of *The PSLRA Nugget*, a well known blog which provides cutting edge information and analysis on recent securities class action opinions.

Regular Nugget subscribers and readers include hundreds of attorneys from the plaintiff and the defense bars, the Securities and Exchange Commission and other government agencies, economic analysts, D&O insurance companies, university professors, Fortune 500 general counsel, pension funds, and national news organizations.

Prior to practicing at his previous law firm, Mr. Jones was an attorney with a prominent corporate defense firm in St. Louis, Missouri. At that firm, he practiced in a variety of areas, including complex litigation, class actions, and appellate litigation. His reported victories there spanned federal and state courts, including *Clay v. Philip Morris Inc.*, 188 F.R.D. 483 (S.D. Ill. 1999); *West Virginia-Ohio Valley Area I.B.E.W. Welfare Fund v. R.J. Reynolds Tobacco Co.*, 188 F.R.D. 425 (S.D.W. Va. 1999), *Conway v. Royalite Plastics, Inc.*, 12 S.W. 3d 314 (Mo. 2001), and *Fletcher v. Conoco Pipeline Co.*, 129 F. Supp. 2d 1255 (W.D. Mo. 2001), *aff'd* 323 F.3d 661 (8th Cir. 2003).

Mr. Jones graduated from University of Akron, *cum laude*, in 1991 with a Bachelor of Arts in Economics, and earned his law degree from DePaul University in 1996. Mr. Jones is a member of the state bars of Florida, New York, Illinois, Georgia, and Missouri. He is also admitted to practice before the Southern, Middle, and Northern Districts of Florida, Southern and Eastern Districts of New York, Southern and Northern Districts of Illinois, Northern District of Georgia, Eastern District of Missouri, and the Second, Fifth, Eighth, Ninth, and Eleventh Circuit Courts of Appeal.

### LESTER HOOKER

Mr. Hooker earned his Bachelor's Degree from the University of California at Berkeley in 1999 with a Major in English. Thereafter, he worked as a freelance writer and editor for various magazines, websites and other publications. Mr. Hooker earned both a Juris Doctor and a Master's Degree in Business Administration with an emphasis in International Business from the University of San Diego. At USD, he was awarded the Dean's Outstanding Scholar Scholarship from the law school, as well as the Ahlers Center International Graduate Studies Scholarship from the business school.

Prior to joining Saxena White, Mr. Hooker was an associate at a leading San Diego law firm specializing in consumer class actions, wage & hour disputes, and civil litigation. He currently focuses his practice on securities fraud class actions, shareholder derivative and consumer class actions.

Mr. Hooker is admitted to practice law in California and Florida. He is also admitted in the Northern, Central, Southern and Eastern Districts of California, the Southern and Middle Districts of Florida and the Eleventh Circuit.

### PETER A. LAGORIO

Formerly a partner with a firm concentrating in securities and product liability class actions, he has successfully represented investors in a wide variety of complex securities class actions and shareholder derivative suits, obtaining many significant monetary recoveries often under very challenging factual and legal circumstances, including *In re Blech Securities Litigation*, 187 F.R.D. 97 (S.D.N.Y. 1999), 961 F. Supp. 569 (S.D.N.Y. 1997) (co-lead counsel in recovering over $15 million in complex market manipulation case against clearing firm, market makers and affiliates where central participants in scheme were insolvent); *Degulis v. LXR Biotechnology, Inc.*, 928 F. Supp. 1301 (S.D.N.Y. 1996) (companion case); *Hynes v. The Enstar Group, Inc.*, 90-C-1204-N (M.D. Ala.) (co-lead counsel in recovery of over $23 million in complex securities fraud case involving defunct company); *Cooper v. Kana*, 3:98-CV-2804 (N.D. Tex.) (co-lead counsel in recovering large percentage of investors' losses arising out of initial public offering of company that became insolvent due to accounting irregularities); *Lynn v. Infinity Investors Ltd.*, 3:97-CV-226 (E.D. Tenn.) (co-lead counsel in recovering majority of investors' losses against convertible debenture purchasers in market manipulation and breach of contract case despite bankruptcy of securities issuer and plan of reorganization that sought to dismiss the case); *Schulte v. Oxford Development Corp.*, 97-1333 (D. Md. 1998), order approving settlement affirmed, 135 F.3d 770 (4th Cir. 1998) (co-lead counsel in obtaining comprehensive settlement valued at over $11 million on behalf of limited partners in connection with complex real estate partnership restructuring transaction); *Caven v. Miller*, No. H-96-CV-3464 (S.D. Tex.) (co-lead counsel in shareholder derivative action recovering $18 million of benefits on behalf of successor company in merger); *Rosenblum v. Equis Financial Group*, No. 98-8030 (S.D. Fla.) (one of three counsel actively involved in achieving comprehensive class and derivative settlements in connection with complex equipment leasing partnership restructuring transaction); *In re Xchange, Inc. Sec. Litig*, 1:01-CV-10322 (D. Mass.) (local counsel actively involved in obtaining $8.5 million settlement in case involving securities of bankrupt software company). Mr. Lagorio has also successfully represented both investors and securities professionals in NASD securities arbitration proceedings. In addition, he has advised securities issuers and investment professionals on various areas of federal and state securities law compliance, including private placements.

Mr. Lagorio has also been actively involved in the successful prosecution of various nationwide class actions arising out of defective product and/or deceptive trade practice claims, including *Muccioli v. Sony Computer Entertainment America, Inc.*, Civil Action No. 413148 (San Mateo County, Cal. Superior Court) (obtaining free service and repairs and extended warranty period and partial cash refunds of past repair costs to purchasers of video game consoles); and *Michaels v. Phoenix Home Life Mutual Insurance Co.*, Index No. 5318-95 (N.Y. Sup. Ct., Albany County), 1997 N.Y. Misc. LEXIS 171 (1996) (approving

comprehensive class settlement in litigation involving sale of life insurance policies); *Natal v. Transamerica Occidental Life Insurance Co.*, Index No. 694829 (San Diego, CA Superior Court) (same); *Coleman v. GAF Building Materials Corp.*, CV-96- 0954 (Mobile County, Alabama Circuit Court) (defective roofing shingles settlement with benefits estimated at present value of $75 million); *Sebago, Inc. v. Beazer East, Inc.*, No. 96-10069 (D. Mass.) (defective foam roof insulation settlement with benefits estimated at present value of $240 million).

Mr. Lagorio is a 1977 graduate (*cum laude*) of Boston College where he received a Bachelor of Science degree from the School of Management concentrating in Accounting, and a 1994 graduate of New England School of Law (J.D.). Mr. Lagorio is a member of the bar of the Commonwealth of Massachusetts, the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the First Circuit. He is a member of the American Bar Association, Massachusetts Bar Association and the Boston Bar Association. Prior to practicing law, Mr. Lagorio had several years experience working as a financial analyst, securities broker and investment advisor.

## LYNDA CAREY PARIS

Lynda Carey Paris actively works on various class action cases involving securities, consumer protection, and related matters. Ms. Paris has previously practiced in various areas of insurance defense and personal injury law litigation. Prior to attending law school Ms. Paris worked several years as a legal assistant at a law firm handling patent litigation and prosecution. Ms. Paris is a 1995 graduate (cum laude) of Merrimack College in North Andover, Massachusetts, where she received a Bachelor of Arts degree in History, and a 2001 graduate of Suffolk University Law School (J.D.). Ms. Paris is a member of the bar of the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts. Ms. Paris is Of Counsel to Saxena White.

## BRANDON GRZANDZIEL

Brandon Grzandziel earned his Bachelor of Arts degree in English from Wake Forest University in Winston-Salem, North Carolina, where he graduated with honors in 2005. In 2008, he received his Juris Doctor from the University of Miami School of Law. While at the University of Miami, Mr. Grzandziel was Executive Editor of the *University of Miami Business Law Review*, and his article, *A New Argument for Fair Use Under the Digital Millennium Copyright Act*, was published in the Spring/Summer 2008 issue. He was also honored with a CALI Award for his research on Shakespeare's use of the law in *Hamlet*. During law school, Mr. Grzandziel worked for a boutique criminal defense firm in Miami, where he gained litigation experience in both federal and state court.

### SCOTT A. MILLER

Mr. Miller joined Saxena White after an eleven and a half year career representing public pension systems in Montana and North Dakota. Mr. Miller is based in the firm's Northern Rockies office in Helena, Montana. Mr. Miller's primary focus as Special Counsel for Saxena White is to provide broad support to Saxena White's public pension clients as a resource and consultant on the variety of issues those clients face.

Mr. Miller's background is uniquely suited for that purpose – he was most recently in-house counsel for the Montana Public Employee Retirement Administration (MPERA) for three years. For eight and a half years prior to that he was an Assistant Attorney General in the North Dakota Office of Attorney General assigned to represent the North Dakota Public Employees Retirement System (NDPERS), Teachers' Fund for Retirement and State Investment Board. During his tenure in the North Dakota Office of Attorney General, Mr. Miller also represented the North Dakota Department of Commerce, Department of Financial Institutions, and the only state-owned bank in the country, the Bank of North Dakota.

The experience Mr. Miller gained through his representation of the North Dakota and Montana retirement systems encompasses all aspects of public pension plan administration, including legal, management, legislative and employment subjects. In addition to serving on the MPERA Executive Management Team, Mr. Miller was also the Pension Protection Act of 2006 implementation team leader. His duties for NDPERS included functioning as lead counsel for the implementation of a new IRC section 401(a) defined contribution retirement program and a new IRC section 457 deferred compensation program. Mr. Miller also successfully represented three North Dakota state agencies in disputes with the Internal Revenue Service. Mr. Miller has provided testimony to legislative committees dozens of times and also has experience lobbying members of Congress on important public pension plan issues.

Mr. Miller has been a member of the National Association of Public Pension Attorneys (NAPPA) for over twelve years. During that time, Mr. Miller was chosen to serve on NAPPA's Mentor Committee and as the Lead Chair of NAPPA's Fiduciary and Plan Governance Section. Mr. Miller has delivered numerous presentations at a variety of national conferences, including five presentations to NAPPA conferences on topics ranging from fiduciary duty to constitutional retirement benefit protections. Mr. Miller is also a member of the Institutional Investors Committee of the American Bar Association's Business Law Section.

Mr. Miller earned a Bachelor of Business Administration degree from the University of North Dakota with a major in Economics and a minor in Mathematics, and received his Juris Doctor degree from the Willamette University College of Law. Mr. Miller is a member

of the bar of the states of Montana, North Dakota and Minnesota, as well as the United States District Courts for the Districts of North Dakota and Montana.

### KYLIE WAGENET

Ms. Wagenet earned her Bachelor's Degree from Boston University in 2004 with a major in Political Science. In 2009, she received her J.D. and M.B.A. from the University of Miami. While at UM, Ms. Wagenet interned with the Eleventh Judicial Circuit Court of Florida, and also worked at a prominent Miami defense firm, where she gained litigation experience in both state and federal court. Ms. Wagenet has also interned for a major investment firm.

### SALLIE NATHANSON

Ms. Nathanson graduated cum laude and received a J.D. from University of Miami School of Law in 2010. While at UM, Ms. Nathanson clerked in the Eleventh Judicial Circuit Court of Florida in the Juvenile Division and clerked at the Executive Office of Immigration Review in Miami. In addition, she interned at a prominent Miami firm where she gained experience in class action litigation. She also received an Academic Award of Excellence for her paper on the Electoral College.  Prior to law school, Ms. Nathanson graduated from Northwestern University in Evanston, Illinois, in 2007 with a Bachelor of Art's Degree in History with a concentration in European Studies.

### BENSY BENJAMIN

Ms. Benjamin graduated from the University of South Florida in 2007 with a double major in Business Economics and Management. While at USF, she was the President of the Pre-Law Society, was a member of Golden Key International Honour Society, and was a mentor for Big Brothers Big Sisters of Tampa Bay. In 2010, she received a J.D. from the University of Miami. While at UM, Ms. Benjamin was a staff editor for the Black Law Review and participated in both the Advanced Moot Court and Advanced Evidence workshops.  She interned at the U.S. Equal Employment Opportunity Commission, the Miami-Dade Office of the State Attorney, and a prominent Miami law firm. She was also a judicial intern for the Honorable Judge Victoria R. Brennan and a law clerk for the Honorable Judge Robert N. Scola in the Eleventh Judicial Circuit Court.

FIRM RESUME ■ LEGAL PROFESSIONALS

### JAMES WALTER

Mr. Walter earned a Bachelor of Arts degree from Slippery Rock University in 2000 with a major History. Mr. Walter then earned a Master of Arts degree in United States History from the University of Miami in 2003. In 2009, Mr. Walter earned his Juris Doctorate from the University of Miami School of Law. While at the University of Miami School of Law, Mr. Walter was selected as a member of the Order of the Barristers, a national honorary organization for recognition of oral advocacy, brief writing, and leadership skills. Additionally, he was awarded a place on the University of Miami School of Law Mock Trial Team and represented the school at several national and regional mock trial competitions. Mr. Walter served as a judicial intern at the Eleventh Judicial Circuit of Florida.

After graduating law school Mr. Walter received a Foreclosure Defense Fellowship from the University of Miami School of Law, his duties included client intake and interviews, drafting motions for state and federal litigation, taking and defending depositions, as well as arguing and defending motions in state court. In 2010, Mr. Walter earned a L.LM. in Real Property Development from the University of Miami School of Law.

### DANAE DUNKLEY

Ms. Dunkley graduated cum laude from the University of Florida, with a Bachelor's of Science in Psychology, in 2005. In 2006, she earned her Master's of Science in Business Administration and in 2007, earned her second Master's degree, with a concentration in International Business, from the University of Florida. In 2010, Ms. Dunkley graduated with honors from the University of Florida, Levin College of Law with her Juris Doctorate. While at Levin, Ms. Dunkley was a competition winning member of the law school's trial team as well as a member of UF's Entertainment Law Review. She received book awards in both Trial Practice and Law and Entrepreneurship. After her 1L year Ms. Dunkley was a judicial intern in the Eleventh Judicial Circuit Court of Florida, while during the summer of her 2L year, she was a litigation summer associate for a prominent full service law firm in Ft. Lauderdale, Florida.

### TONI KISSEL

Ms. Kissel is a graduate of Northwestern University's School of Communications (Evanston, Illinois) with a concentration in Political Science. She has a law degree from Saint Louis University School of Law. Prior to joining Saxena White as a Staff Attorney, Ms. Kissel interned at the Federal Trade Commission in Chicago, Illinois. Ms. Kissel practiced in Chicago, Illinois, in the area of personal injury law litigation, and became in-house counsel with an aviation-consulting corporation.

FIRM RESUME ■ LEGAL PROFESSIONALS

Ms. Kissel has worked on the discovery phase of numerous complex securities class actions including the supervision of multi-million page document productions on various e-discovery platforms involving as many as 60 reviewing attorneys.

Since 2007, she has served as the President of the Northwestern University Club of Southeast Florida, which won the National Alumni Association Award, "Large Club of the Year for 2008-2009" in overall Club excellence. She is involved with various charitable organizations and is the 2010 Sustainer Chair of the Junior League of Greater Ft. Lauderdale. She was on the Ft. Lauderdale Museum of Art Board of Trustees for several years as the Junior League representative. Ms. Kissel was previously in the Chicago Junior League. She also volunteers for the annual "Jail and Bail" charity event for local chapter of the American Cancer Society.

Ms. Kissel is a Qualified Court-Appointed Arbitrator in the 17th Judicial Circuit, Broward County, Florida. She is a member of the state bars of Florida, Illinois and Missouri. She is also admitted to practice before the United States District Courts for the Southern District of Florida and the Northern District of Illinois. She is a member of the Broward County Bar Association and the North Broward County Bar Association.

"I THINK THAT THE RESULT WAS AN OUTSTANDING RESULT. …

[Q]UITE FRANKLY, I THINK THAT IF YOU DIDN'T HAVE THAT

CALIBER OF COUNSEL ON THE PLAINTIFFS' SIDE,

THERE IS NO WAY THAT THESE SHAREHOLDERS WOULD

BE LOOKING AT THE RECOVERY THAT THEY ARE…"

– United States Magistrate Judge Andrea M. Simonton

### GREG STONE

Financial Professional

Mr. Stone is the firm's Director of Case Analysis and was most recently associated with one of the nation's leading securities fraud class action litigation firms in New York. He is responsible for managing the initial quantitative and qualitative analysis provided to Saxena White attorneys on potential violations of federal and state securities laws by public companies.

Mr. Stone brings strong analytical skills to the Saxena White team. He utilizes major online news services and database tools, such as *Bloomberg*, to review SEC filings for potential accounting irregularities and company-issued press releases and news accounts for information helpful to support the legal theories behind our litigation efforts. Additionally, he manages our database that compiles the loss and settlement data that we provide to clients in our Portfolio Monitoring service.

He earned an undergraduate degree in Accounting from The University of Pennsylvania before obtaining his MBA from UCLA. He has many years of professional financial experience, having worked with a major Big Four accounting firm, major investment brokerage houses, and hedge funds in New York.

### PETER HAPGOOD

Institutional Investor Services

Peter Hapgood serves as an institutional liaison at the firm. Mr. Hapgood has 29 years of experience working with public funds, including eight years in the management and administration of retirement benefits and ten years in the investment management business working with public employee retirement systems. He began his professional career as a legislative assistant in the Massachusetts House of Representatives and later taught social studies in the Southbridge, Massachusetts, public schools.

Prior to joining Saxena White, Mr. Hapgood was a partner in the public funds practice of Nordea Investment Management Company and he previously served as the national director of public fund marketing for Freedom Capital Management Corporation. Mr. Hapgood's relationship with the public employee retirement industry began when he joined the management staff of the Massachusetts Teachers' Retirement Board (MTRB), where he later served as the Deputy Executive Director. He has been designated a Certified Retirement Administrator and a Certified Retirement Counselor by the International Foundation for Retirement Education and has been designated a Certified Public Pension Trustee by the Florida Public Pension Trustees Association (FPPTA). Mr. Hapgood

is currently an educational consultant and chairman of the Education Committee for the Florida Public Pension Trustees Association. He has been a member of the National Conference on Public Employee Retirement Systems, the National Council on Teacher Retirement and the National Preretirement Education Association. He currently serves as the appointed trustee of the Southbridge, Massachusetts, Contributory Retirement System. Mr. Hapgood earned a bachelor's degree in Public Administration from Nichols College and earned a master's degree in Education from American International College.

### DAVE PROFITT

David Profitt manages the firm's relationships with our Organized Labor clients. Mr. Profitt has 12 years experience working directly with labor union pension funds on the asset management side. In addition, he spent eight years as a member of labor with Communication Workers Local 4401and Teamsters Local 100 in Cincinnati, Ohio.

Prior to joining Saxena White, Mr. Profitt served as Executive Director for Organized Labor Services with UBS Global Asset Management. At UBS, Mr. Profitt established a national marketing program to introduce UBS global Asset Management to organized labor. He was responsible for all of UBS's labor clients, with over $4 billion of assets under management. At UBS, Mr. Profitt forged an alliance between the UBS Investment Bank and researchers at the Change to Win Coalition to provide valuable investment bank research to the various pension funds within Change to Win.

Prior to serving as an Executive Director at UBS, Mr. Profitt started the first national effort to market to organized labor at Fifth Third Asset Management.

Mr. Profitt earned his bachelor's degree in Education from Northern Kentucky University. In 1997, he was appointed Honorary Kentucky Colonel by then Governor Paul Patton for his work with the Boy Scouts of America and his work with inner city youth. Mr. Profitt maintains Series 7 and 66 licenses and currently serves on the Board of Directors of the Associated General Contractors of Western Ohio.

### STEFANIE LEVERETTE

Ms. Leverette is Saxena White's Legal Coordinator and Client Liaison. In this role, she carefully tracks the entire Firm's cases to ensure that each client is regularly updated on any actions they are involved it.  In addition, Ms. Leverette manages the Firm's client outreach and development programs, and coordinates the firm's presence at industry conferences attended by representatives of various institutional clients throughout the United States. She is also responsible for the timely dissemination of the Firm's Portfolio

FIRM RESUME ▪ PROFESSIONALS

Monitoring Reports, ensuring that clients are informed of new cases and class action settlements that may affect their investment portfolios.

Ms. Leverette earned her undergraduate degree in Business Administration with a focus on Management from the University of Central Florida, and is currently completing her Master's in Business Administration at Florida Atlantic University.

"I WANT TO COMMEND COUNSEL IN THIS PROTRACTED COMPLEX LITIGATION FOR THE EXCELLENT RESULTS…"

– *United States District Court Judge Joan A. Lenard*