```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE WONDER AUTO TECHNOLOGIES, INC.       :       11 Civ. 3687 (PAE)
SECURITIES LITIGATION                                       :
------------------------------------------------------------:       ORDER
:
This Document Relates To:  All Actions             :
:
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court has received a letter from defense counsel, dated October 18, 2012, representing that the parties have agreed to a settlement in principle, and stating that papers seeking preliminary settlement approval would be submitted by November 30, 2012.

    In light of the settlement, the deadline for the defendant to answer the complaint is adjourned without date.  The parties are to move for preliminary approval of the settlement and class notice by November 30, 2012.

    SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated:   October 18, 2012
        New York, New York

1