UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/12
```

| | |
|---|---|
| IN RE WONDER AUTO TECHNOLOGIES, INC. SECURITIES LITIGATION | No.11-CV-03687-PAE<br><br>ECF CASE |
| This Document Relates To: | |

## JOINT APPLICATION PURSUANT TO FED.R.CIV.P. 6(b)(1)(A) FOR AN EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CLASS NOTICE

Pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P., Lead Plaintiff aAd Partners, LP and defendant Wonder Auto Technology, Inc. ("Wonder Auto") hereby file this joint application for an extension to January 4, 2013 by which to move for preliminary approval of the settlement and class notice. As set forth in the accompanying declaration of Solomon B. Cera (the "Cera Decl."), good cause exists for the requested extension.

On October 18, 2012, this Court ordered that the parties file a motion for preliminary approval of the settlement and class notice by November 30, 2012. ECF No. 36. The parties request an extension to January 4, 2013 within which to file the motion for preliminary approval and class notice. This is a complex class action arising under the federal securities laws involving an entity which is engaged in business in the People's Republic of China. Due to the complexity of the settlement papers, including finalization of the settlement agreement, preparation of a class notice, preparation of a plan of allocation of the settlement proceeds working with an expert witness, preparation of a proposed form of final judgment, and finalization of a mechanism to disseminate class notice using data provided by defendant Wonder Auto's stock transfer agent, additional time is needed to finalize all settlement related

#126576     1

papers. No further extensions will be requested.

Accordingly, the parties request an order extending the time for submission of a motion for preliminary approval and class notice to January 4, 2013.

Dated: November 28, 2012          Respectfully submitted,

**GOLD BENNETT CERA & SIDENER LLP**

By: /s/Solomon B. Cera
Solomon B. Cera (scera@gbcslaw.com)
Thomas C. Bright (tbright@gbcslaw.com)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
Email: scera@gbcslaw.com
Email: tbright@gbcslaw.com

Attorneys for Lead Plaintiff
aAd Partners LP

Dated: November 28, 2012          **MORRISON & FOERSTER LLP**

By: /s/Paul T. Friedman
Paul T. Friedman
Anna Erickson White
425 Market Street
San Francisco, California 94105-2482
Tel: (415) 268-7000
Fax: (415) 268-7522
Email: pfriedman@mofo.com
Email: awhite@mofo.com

Attorneys for Defendant
Wonder Auto Technology, Inc.

*The extension is granted. The parties are directed to submit the motion for preliminary approval and class notice by January 4, 2013.*

**SO ORDERED:**

11/28/12

Paul A. Engelmayer
**HON. PAUL A. ENGELMAYER**
**UNITED STATES DISTRICT JUDGE**

#126576                                                                   2