UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WONDER AUTO TECHNOLOGIES, INC. SECURITIES LITIGATION | No.11-CV-03687-PAE<br><br>ECF CASE |
| This Document Relates To: | |

**LEAD PLAINTIFF'S NOTICE OF MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT AND <u>(III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS</u>**

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated January 9, 2013, attached hereto as Exhibit 1; the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiff aAd Partners, LP will move this Court, under Rule 23 of the Federal Rules of Civil Procedure, at a date, time and location to be set by the Court, for an order: (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed Settlement Class and Lead Plaintiff as Settlement Class representative and appointing Lead Counsel as Settlement Class Counsel for purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to members of the Settlement Class; and (iv) scheduling a hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.

Attached hereto as Exhibit 2 is a copy of the proposed Order Preliminarily Approving Proposed Settlement and Providing for Notice (and its exhibits).

Dated: January 11, 2013               Respectfully submitted,

**GOLD BENNETT CERA & SIDENER LLP**

By: /s/Thomas C. Bright
Solomon B. Cera (scera@gbcslaw.com)
Thomas C. Bright (tbright@gbcslaw.com)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: ( 415) 777-2230
Fax: (415) 777-5189
Email: scera@gbcslaw.com
Email: tbright@gbcslaw.com

Attorneys for Lead Plaintiff

- and –

**KLAFTER OLSEN & LESSER LLP**
Jeffrey A. Klafter
Two International Drive, Suite 350
Rye Brook, NY 10573
Tel: (914) 934-9200
Fax: (914) 934-9220
Email: jak@klafterolsen.com

Liaison Counsel

## CERTIFICATE OF SERVICE

I, Thomas C. Bright, counsel for Lead Plaintiff, hereby certify that on January 11, 2013, I filed the foregoing with the Clerk of the Court using the Court's CM/ECF system which will send electronic notification of such filing to all counsel of record in the within action.

/s/Thomas C. Bright
Thomas C. Bright