# EXHIBIT A-2

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WONDER AUTO TECHNOLOGY, INC. SECURITIES LITIGATION | No. 11-CV-03687-PAE<br><br>ECF CASE |
| This Document Relates To:  All Actions | |

<u>**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED**</u>

<u>**SETTLEMENT, SETTLEMENT FAIRNESS HEARING, AND MOTION FOR**</u>

<u>**ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**</u>

**TO: ALL PERSONS OR ENTITIES WHO PURCHASED OR ACQUIRED WONDER AUTO TECHNOLOGY, INC. ("WATG") PUBLICLY TRADED SECURITIES DURING THE PERIOD FROM MARCH 30, 2009 THROUGH MAY 6, 2011, INCLUSIVE (THE "SETTLEMENT CLASS PERIOD")**

YOU ARE HEREBY NOTIFIED, (1) that the above-captioned action (the "Action") has been preliminarily certified as a class action for purposes of a proposed settlement on behalf of the Settlement Class identified above, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the Stipulation and Agreement of

1

Settlement, and (2) that aAd Partners LP ("Lead Plaintiff") and Wonder Auto Technology, Inc. ("WATG") have entered into a proposed settlement (the "Settlement") for three million dollars U.S. ($3,000,000) in cash.  If approved, the Settlement will resolve all claims in the Action.

A hearing will be held before the Honorable Paul A. Engelmayer in the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18C, New York, NY 10007, on _____, 2013 at _____ _.m., for the purpose of determining (1) whether the proposed Settlement of the claims in the Action for the sum of three million dollars U.S. ($3,000,000) in cash (the "Settlement Fund") should be approved by the Court as fair, reasonable, and adequate; (2) whether a proposed settlement class should be certified for the purposes of the Settlement; (3) whether, thereafter, the Action should be dismissed with prejudice as to the Defendants pursuant to the terms and conditions set forth in the Stipulation and Agreement of Settlement dated January 9, 2013 ("Stipulation"); (4) whether the proposed plan of allocation is fair, reasonable, and adequate and therefore should be approved; and (5) whether Lead Counsel's request for an award of attorneys' fees of 16.66% of the Settlement Fund and up to one hundred thousand dollars U.S. ($100,000) in reimbursement of expenses incurred in connection with the Action should be approved.  The Court may change the date of the hearing without providing additional notice to Class Members. IF YOU PURCHASED OR ACQUIRED WATG SECURITIES DURING THE PERIOD MARCH 30, 2009 THROUGH MAY 6, 2011, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND.

If you have not received a detailed Notice of Pendency of Class Action and Proposed Settlement, Settlement Fairness Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") or a copy of the Proof of Claim and Release form, you may obtain copies by contacting:  *In re Wonder Auto Technology, Inc, Securities Litigation*, c/o Gilardi & Co., LLC, P.O. Box 5100, San Rafael, CA 94912-5100, or toll-free at 1-877-283-1773.

Copies of the Notice and Claim Form may also be downloaded from: www.gilardi.com/WonderAuto.

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a complete and valid Proof of Claim and Release Form postmarked ***no later than _____, 2013***, establishing that you are entitled to recovery.

**IF YOU BELIEVE YOU MIGHT BE A SETTLEMENT CLASS MEMBER, YOU ARE STRONGLY URGED TO OBTAIN THE NOTICE AND PROOF OF CLAIM AND RELEASE FORM AS THIS IS ONLY A SUMMARY NOTICE AND THE FULL DETAILS OF THE PROPOSED SETTLEMENT, PLAN OF ALLOCATION, REQUEST FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND THEIR POTENTIAL IMPACT ON YOU AND YOUR RIGHTS ARE SET FORTH IN THAT NOTICE.**

Inquiries, other than requests for copies of the Notice, may also be made to Lead Counsel:

Gold Bennett Cera & Sidener LLP
Solomon B. Cera, Esq. or Thomas C. Bright, Esq.
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
scera@gbcslaw.com or tbright@gbcslaw.com

If you wish to be excluded from the Settlement Class, you must file a request for exclusion postmarked ***no later than _____, 2013***, in the manner and form explained in the detailed Notice referred to above. All Members of the Settlement Class who do not timely and validly request exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the terms and conditions of the Stipulation.

If you wish to object to the proposed settlement, the proposed plan of allocation and/or Lead Counsel's application for an award of attorneys' fees and/or reimbursement of litigation expenses, you must file any objection in the manner and with the content explained in the detailed Notice referred to above, ***so that it is received no later than _____, 2013***, with:

<u>The Court</u>:
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

<u>Lead Counsel for Settlement Class</u>:
Solomon B. Cera
Thomas C. Bright
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105

<u>Counsel for Defendants</u>:
Paul T. Friedman
Anna Erickson White
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

**SO ORDERED**.

DATED: _____     _____
                                                              BY ORDER OF THE COURT
                                                              UNITED STATES DISTRICT COURT
                                                              SOUTHERN DISTRICT OF NEW YORK

4