**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WONDER AUTO TECHNOLOGIES, INC. SECURITIES LITIGATION | No.11-CV-03687-PAE<br><br>ECF CASE |
| This Document Relates To: | |

## LEAD PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and supporting documents, the Stipulation and Agreement of Settlement ("Stipulation") executed by Lead Plaintiff and Defendant dated January 9, 2013 (ECF No. 41-1); and all other documents, pleadings and matters of record herein, Lead Plaintiff aAd Partners, LP, by and through its undersigned counsel, will respectfully move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 18C, New York, New York, on May 29, 2013 at 2:30 p.m. for an Order finding that the Settlement is fair, reasonable and adequate such that final approval and entry of the [Proposed] Final Order and Judgment attached as Exhibit B to the Stipulation is warranted and for an Order approving the Plan of Allocation as fair and reasonable.

1

Dated: April 24, 2013                 Respectfully submitted,

**GOLD BENNETT CERA & SIDENER LLP**

By: /s/Solomon B. Cera
Solomon B. Cera (scera@gbcslaw.com)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: ( 415) 777-2230
Fax: (415) 777-5189
Email: scera@gbcslaw.com

Attorneys for Lead Plaintiff

- and -

**KLAFTER OLSEN & LESSER LLP**
Jeffrey A. Klafter
Two International Drive, Suite 350
Rye Brook, NY 10573
Tel: (914) 934-9200
Fax: (914) 934-9220
Email: jak@klafterolsen.com

Liaison Counsel

**CERTIFICATE OF SERVICE**

     I, Solomon B. Cera, counsel for Lead Plaintiff, hereby certify that on April 24, 2013, I filed the foregoing with the Clerk of the Court using the Court's CM/ECF system which will send electronic notification of such filing to all counsel of record in the within action.

                                      /s/Solomon B. Cera
                                      Solomon B. Cera